CHARLES RHONE *vs.* THE SPERRY AND BARNES COMPANY.

Third Judicial District.
Argued June 6th—decided October 6th, 1911.

ACTION to recover damages for personal injuries alleged to have been caused by the defendant's negligence, brought to the Superior Court in New Haven County where the plaintiff was nonsuited in a trial to the jury before *Gager, J.,* from which judgment he appealed. *No error.*

*George W. Crawford,* for the appellant (plaintiff).

*Edmund Zacher* and *William B. Ely,* for the appellee (defendant).

Opinion, by THAYER, J., filed with the clerk of the Superior Court in New Haven County. In this opinion the other judges concurred, except WHEELER, J., who dissented.